# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAWRENCE RONALD VALENTINE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MICHAEL VILLANI, DISTRICT
JUDGE,
Respondents,
    and
ATTORNEY GENERAL; JESSICA E.
PERLICK, DEPUTY ATTORNEY
GENERAL; AND ISIDRO BACA,
WARDEN, NNCC,
Real Parties in Interest.

No. 78287



FILED

MAR 2 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
            DEPUTY CLERK

## ORDER DENYING PETITION
## FOR EXTRAORDINARY WRIT RELIEF

Petitioner has filed an emergency petition seeking the ouster of respondent district judge and real party in interest deputy attorney general and his own release from custody. Petitioner asserts that these parties lack jurisdiction to proceed because they did not secure and maintain a fidelity bond, pointing to authorities requiring the State Controller, Treasurer, and justices of the peace to post bonds before entering into office, Nev. Const. art. 17, § 20; NRS 4.030, and prescribing consequences for officials' failure to post required bonds, *see, e.g.,* NRS 282.040; *State v. Laughton,* 19 Nev. 202, 8 P. 344 (1885).

Petitioner demonstrates neither that the district judge and deputy attorney general are required to obtain a bond nor that they failed to do so. This court generally does not act as a finder of fact, *see Round Hill*

19-13696

*Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 604, 637 P.2d 534, 536 (1981), and thus, we decline to further consider this petition for extraordinary relief. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (explaining that it is the petitioner's burden to demonstrate that writ relief is warranted). We therefore

ORDER the petition DENIED.

_____ C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

cc:  Hon. Michael Villani, District Judge
     Lawrence Ronald Valentine
     Attorney General/Carson City
     Eighth District Court Clerk